Tionna Carvalho (SBN 299010)
tcarvalho@slpattorney.com
emailservices@slpattorney.com
Elizabeth A. LaRocque (SBN 219977)
elarocque@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900 / Fax: (310) 943-3838
Attorneys for Plaintiff,
HANNAH SCHEIDT

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN: 204215)
tclayton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 986-5900/Fax: (415) 986-8054
Attorneys for Defendant
FORD MOTOR COMPANY

*GRANTED*
*[signature] Judge Beth Labson Freeman*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNAH SCHEIDT,<br><br>       Plaintiff,<br>   vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>       Defendant. | Case No.: 5:25-cv-02805-BLF<br><br>Judge: Hon. Beth Labson Freeman<br><br>**JOINT STIPULATION FOR SCHEDULING ORDER FOR ALL DATES NOT SET BY THE COURT**<br><br>State Court Compl. Filed: December 12, 2024<br>Notice of Removal Filed:  March 25, 2025 |

-1-
JOINT STIPULATION FOR SCHEDULING ORDER FOR ALL DATES NOT SET BY THE COURT

Pursuant to the Courts Case Management Order dated June 26, 2025 (ECF No. 19), Plaintiff HANNAH SCHEIDT ("Plaintiff") and Defendant FORD MOTOR COMPANY ("Ford" or "Defendant" (collectively, "the Parties"), by and through their respective counsel, have met and conferred as required and hereby submit the following Stipulation setting all proposed scheduling deadlines not sent by the Court:

| EVENT | PARTIES' AGREED-UPON PROPOSED DATES |
|---|---|
| Fact Discovery Cut-Off | 07/10/2026 |
| Expert Disclosure (Initial) | 07/24/2026 |
| Expert Disclosure (Rebuttal) | 08/07/2026 |
| Expert Discovery Cut-Off | 08/21/2026 |

Respectfully Submitted,

DATED: July 17, 2025    **GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Trina M. Clayton*
Spencer P. Hugret
Katherine P. Vilchez
Trina M. Clayton
Attorneys for Defendant
FORD MOTOR COMPANY

DATED: July 17, 2025    **STRATEGIC LEGAL PRACTICES, APC**

By: */s/ Elizabeth A. LaRocque*
Tionna Carvalho
Elizabeth A. LaRocque
Attorneys for Plaintiff
HANNAH SCHEIDT